DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

UPPERDECK CAPITAL MANAGEMENT, LLC,

Appellant,

v.

WWCD, LLC; and MACDILL ENTERTAINMENT LLC,

Appellees.

No. 2D22-1784

_____

September 1, 2023

Appeal from the Circuit Court for Hillsborough County; Mark R. Wolfe, Judge.

Matthew J. Conigliaro of Carlton Fields, P.A., Tampa, for Appellant.

Marie A. Borland, Gregory P. Brown, and A. Evan Dix of Hill Ward Henderson, P.A., Tampa, for Appellee MacDill Entertainment, LLC.

No appearance for Appellee WWCD, LLC.

PER CURIAM.

Affirmed.

VILLANTI, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.